UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CITIBANK, N.A.,

                                    Petitioner,

            -against-                                          20 **CIVIL** 8673 (ALC)

                                                               **JUDGMENT**

JAMES MCPARTLAND,

                                    Respondent.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 31, 2022, the petition is granted and the award is

confirmed. Judgment is entered in Petitioner's favor in the amount of $201,665.79; accordingly,

the case is closed.

**Dated:**  New York, New York

            March 31, 2022

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**
                            BY:
                                    _____
                                            **Deputy Clerk**