IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CITIBANK, N.A.,

                 Civil Case No.:1:20-CV-08673

      Petitioner,

 -against-

                 Judgment Creditor: Citibank, N.A.

JAMES MCPARTLAND,

                 Judgment Debtor: James Keith McPartland

      Respondent.

-------------------------------------------------------------------

## [~~PROPOSED~~] ORDER

  This action was commenced on November 18, 2020 by issuance of a Summons and Petition to Confirm the Arbitration Award. Default Judgment was entered by the Court on March 31, 2022 in favor of Petitioner, Citibank, N.A, and against Respondent, James Keith McPartland, in the amount of $201,665.79.

  IT IS HEREBY ORDERED that James Keith McPartland provide answers responsive to Citibank's Interrogatories to Judgment Debtor served on McPartland dated October 26, 2022, on or before April ~~15~~ 19, 2023 to Erin Mac Avoy, Esq., Alonso, Andalkar & Facher, P.C., 32 Broadway, Suite 1714, New York, New York 10004; and

*Failure to respond to the Restraining Notice and Interrogatories as set forth herein, will serve as grounds for finding that James Keith McPartland, is in contempt of this Court and will be subject to civil and criminal penalties.*

The Petitioner shall arrange for service of this Order by overnight delivery to James Keith McPartland. Proof of such service shall be filed with the Court.

SO ORDERED.

_____
~~Honorable Andrew L. Carter, Jr.~~
~~United States District Judge~~
Honorable Barbara Moses
United States Magistrate Judge

Dated: New York, New York
　　　___April 4_____, 2023