AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:20-CV-08673-ALC-BCM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

Documents served: ORDER SETTING BRIEFING SCHEDULE; NOTICE OF MOTION FOR CONTEMPT; DECLARATION IN SUPPORT; EXHIBITS; PROPOSED ORDER; JUDGMENT; RESTRAINING NOTICE TO JUDGMENT DEBTOR; FIRST INTERROGATORIES TO JUDGMENT DEBTOR; MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CONTEMPT; ORDER SETTING BRIEFING SCHEDULE AND HEARING re CONTEMPT

The documents for **James McPartland** was recieved by me on **5/26/2023**:

[X] I personally served the documents on the individual at **261 Northeast 2nd Street, Boca Raton, FL 33432** on **05/27/2023 at 11:43 AM**; or

[ ] I left the documents at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the documents on *(name of individual)*, who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the documents unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 05/30/2023

_____
*Server's signature*

**John MacEachron**
*Printed name and title*

**23200 Camino Del Mar
PH701
Boca Raton, FL 33433**

*Server's address*

Additional information regarding attempted service, etc:

Documents served: ORDER SETTING BRIEFING SCHEDULE; NOTICE OF MOTION FOR CONTEMPT; DECLARATION IN SUPPORT; EXHIBITS; PROPOSED ORDER; JUDGMENT; RESTRAINING NOTICE TO JUDGMENT DEBTOR; FIRST INTERROGATORIES TO JUDGMENT DEBTOR; MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CONTEMPT; ORDER SETTING BRIEFING SCHEDULE AND HEARING re CONTEMPT

**I delivered the documents to James McPartland with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 6'0"-6'2" tall and weighing 200-240 lbs.**




Tracking #: 0107527506