UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A.<br><br>                               **Petitioner,**<br><br>       -against-<br><br>JAMES MCPARTLAND,<br><br>                               **Respondent** | 1:20-cv-8673 (ALC) (BCM)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff's request for an alternative means of service for the Court's December 7th Order (ECF No. 29) on Defendant is **GRANTED.**

**SO ORDERED.**

Dated:   May 7, 2024
            New York, New York

                                                           **Andrew L. Carter, Jr.**
                                                     **United States District Judge**